No. 00–1256.  REYES-HERNANDEZ *v.* UNITED STATES;
No. 00–8464.  MOJICA-BAEZ *v.* UNITED STATES; and

No. 00–8634. Ramos-Cartagena v. United States. C. A. 1st Cir. Certiorari denied. Reported below: 229 F. 3d 292.